Fill in this information to identify your case:

United States Bankruptcy Court for the:

Central District of California

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Nalu's Group, Inc. |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Nalu's Island Grill <br> Nalu's Hawaiian Fish Grill <br> Nalu's, Inc. |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 84-2872341 |

4. **Debtor's address**

**Principal place of business**

6741 Quail Hill Parkway
Number      Street

_____

Irvine          CA    92603
City          State    ZIP Code

Orange County
County

**Mailing address, if different from principal place of business**

_____
Number      Street

_____
P.O. Box

_____
City          State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number      Street

_____

_____
City          State    ZIP Code

| | |
|---|---|
| 5. **Debtor's website** (URL) | nalusgrill.com |

| | |
|---|---|
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ |

Debtor    Nalu's Group, Inc.
_____
Name

Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

7225

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
                                         MM / DD / YYYY

            District _____  When _____  Case number _____
                                           MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.  Debtor _____  Relationship _____

       District _____  When _____
                                                MM / DD / YYYY

       Case number, if known _____

| Debtor | Nalu's Group, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number          Street

_____

_____

City                                    State          ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Nalu's Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 16. **Estimated liabilities** | ☐ $0-$50,000 ☑ $50,001-$100,000 ☐ $100,001-$500,000 ☐ $500,001-$1 million | ☐ $1,000,001-$10 million ☐ $10,000,001-$50 million ☐ $50,000,001-$100 million ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion ☐ $1,000,000,001-$10 billion ☐ $10,000,000,001-$50 billion ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on 04/01/2021
MM / DD / YYYY

✗ _____        Tony Truong
Signature of authorized representative of debtor        Printed name

Title President

| 18. **Signature of attorney** | ✗ _____        Date 04/01/2021 |
|---|---|
| | Signature of attorney for debtor        MM / DD / YYYY |

Michael Jones
Printed name
M Jones & Associates, PC
Firm name
505 N Tustin Ave Ste 105
Number        Street
Santa Ana                    CA        92705
City                        State      ZIP Code
714-795-2346                 mike@mjonesoc.com
Contact phone                Email address

271574                       CA
Bar number                   State

---



Michael Jones, SBN 271574
Sara Tidd, SBN 259741
M. Jones & Associates, PC
505 North Tustin Ave, Suite 105
Santa Ana, CA 92705
Telephone: (714) 795-2346
Facsimile:    (888) 341-5213
Email:  mike@mjonesoc.com

Attorney for Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re: | Case No. |
| NALU'S GROUP, INC. | Chapter 11 |
| | **COMPLIANCE DOCUMENTS UNDER 11 U.S.C. §1116 / 11 U.S.C. §1187** |
| Debtor and Debtor-in-Possession. | |

//

//

//

- 1 -

1

2          Attached hereto are copies of the Debtor's most recent balance sheet, statement of

3

4    operations, cash-flow statement, and federal tax return, or a statement under penalty of perjury

5    that no such documents have been prepared and/or that no Federal tax return has been filed.

6

7          Dated this 1 April 2021.

8

9

10

11                                            **M Jones & Associates, PC**
                                              Attorneys for Debtor
12

13

14                                            Michael Jones

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Declaration of Tony Truong

I, TONY TRUONG, declare as follows:

1.    I am Tony Truong, the president of the Debtor in the above captioned case. I have personal knowledge of the following, and if called as a witness, I could competently testify to the following of my own personal knowledge, information, and belief. I am totally, completely, and intimately familiar with my financial affairs and the documentation related to my finances.

2.    Attached hereto are copies of the debtor's most recently filed Federal tax return.

3.    Also attached hereto is a cash-flow statement that was prepared for use in my Chapter 11 case for the first 12 months of the case.

4.    Also attached hereto are copies of the debtor's most recently prepared balance sheet and profit and loss statement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This Declaration was executed on 1 April 2021.

Dated this April 1, 2021,


Tony Truong

### Annual Cash Flow Projection

| | INITIAL BUDGET | April 2021 | May 2021 | June 2021 | July 2021 | August 2021 | September 2021 | October 2021 | November 2021 | December 2021 | January 2022 | February 2022 | March 2022 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Income | 35,000.00 | 35,000.00 | 38,000.00 | 40,000.00 | 42,500.00 | 45,000.00 | 48,500.00 | 50,000.00 | 52,500.00 | 55,000.00 | 57,500.00 | 59,000.00 | 62,000.00 | 585,000.00 |
| Cost of Goods Sold | 12,250.00 | 12,250.00 | 13,300.00 | 14,000.00 | 14,875.00 | 15,750.00 | 16,975.00 | 17,500.00 | 18,375.00 | 19,250.00 | 20,125.00 | 20,650.00 | 21,700.00 | 204,750.00 |
| **Total Income** | **22,750.00** | **22,750.00** | **24,700.00** | **26,000.00** | **27,625.00** | **29,250.00** | **31,525.00** | **32,500.00** | **34,125.00** | **35,750.00** | **37,375.00** | **38,350.00** | **40,300.00** | **380,250.00** |
| **Expenses** | | | | | | | | | | | | | | |
| Automobile / Transportation | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 4,800.00 |
| Payroll - Insiders | 2,083.33 | 2,083.33 | 2,083.33 | 2,083.33 | 2,083.33 | 2,083.33 | 2,083.33 | 2,083.33 | 2,083.33 | 2,083.33 | 2,083.33 | 2,083.33 | 2,083.33 | 25,000.00 |
| Payroll - Other Employees | 11,550.00 | 11,550.00 | 12,540.00 | 13,200.00 | 14,025.00 | 14,850.00 | 16,005.00 | 16,500.00 | 17,325.00 | 18,150.00 | 18,975.00 | 19,470.00 | 20,460.00 | 193,050.00 |
| Taxes not included in payroll | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent Expense - Real Property | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 9,500.00 | 114,000.00 |
| Deferred Rent Repayment | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance not otherwise in payroll | 665.80 | 665.80 | 701.44 | 725.20 | 754.90 | 784.60 | 826.18 | 844.00 | 873.70 | 903.40 | 933.10 | 950.92 | 986.56 | 9,949.80 |
| Telephone and Utilities | 1,950.00 | 1,950.00 | 1,950.00 | 1,950.00 | 1,950.00 | 1,950.00 | 1,950.00 | 1,950.00 | 1,950.00 | 1,950.00 | 1,950.00 | 1,950.00 | 1,950.00 | 23,400.00 |
| Repairs and Maintenance | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 6,000.00 |
| Travel and Entertainment | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 1,800.00 |
| Miscellaneous Operating Expenses | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 6,000.00 |
| **Total Budget Expenses** | **27,299.13** | **27,299.13** | **28,324.77** | **29,008.53** | **29,863.23** | **30,717.93** | **31,914.51** | **32,427.33** | **33,282.03** | **34,136.73** | **34,991.43** | **35,504.25** | **36,529.89** | **383,999.80** |
| **Net Cash Flow** | **-4,549.13** | **-4,549.13** | **-3,624.77** | **-3,008.53** | **-2,238.23** | **-1,467.93** | **389.51** | **72.67** | **842.97** | **1,613.27** | **2,383.57** | **2,845.75** | **3,770.11** | **3,749.80** |

# Kim Le, CPA, A Professional Corporation

22241 Canyon Crest Dr.
Mission Viejo, CA 92692-4536
☎ (949) 588-6348 - Fax (949) 588-6349

## Accountant's Compilation Report

Management is responsible for the accompanying financial statements of Nalu's, Inc., which comprise the balance sheet – tax-basis as of December 31, 2019, and the related statement of revenue and expenses – tax-basis, for the year then ended in accordance with the tax-basis of accounting, and for determining that the tax-basis of accounting is an acceptable financial reporting framework. We have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA.  We did not audit or review the financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management. Accordingly, we do not express an opinion, a conclusion, nor provide any form of assurance on these financial statements.

The financial statements are prepared in accordance with the tax-basis of accounting, which is a basis of accounting other than accounting principles generally accepted in the United States of America.

Management has elected to omit substantially all the disclosures ordinarily included in financial statements prepared in accordance with the tax-basis of accounting. If the omitted disclosures were included in the financial statements, they might influence the user's conclusions about the company's assets, liabilities, equity, revenue, and expenses. Accordingly, the financial statements are not designed for those who are not informed about such matters.

*Kim Le, CPA*

Mission Viejo, California
August 18, 2020

**Nalu's, Inc.**
# Balance Sheet - Tax-Basis
### As of December 31, 2019

|  | Dec 31, 19 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1010 · Cash - Checking | (39,231.30) |
| 1090 · Reclassed to bank overdraft | 39,231.30 |
| **Total Checking/Savings** | 0.00 |
| **Total Current Assets** | 0.00 |
| **Fixed Assets** | |
| 1600 · Automobiles | 47,636.71 |
| 1605 · Accum depr – Automobile | (37,885.00) |
| **Total Fixed Assets** | 9,751.71 |
| **Other Assets** | |
| 1999 · Note receivable - sale of asset | 99,000.00 |
| **Total Other Assets** | 99,000.00 |
| **TOTAL ASSETS** | **108,751.71** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| 2033 · Citi Costco #6345 | 948.95 |
| 2041 · Chase CC #7212 | 4,614.44 |
| **Total Credit Cards** | 5,563.39 |
| **Other Current Liabilities** | |
| 2045 · Bank overdraft | 39,231.30 |
| 2100 · Payroll Taxes Payable | |
| 2110 · FIT & FICA P/R Taxes Payable | 1,128.72 |
| 2130 · State P/R Taxes Payable | 56.34 |
| **Total 2100 · Payroll Taxes Payable** | 1,185.06 |
| 2200 · Sales Tax Payable | 5,222.67 |
| **Total Other Current Liabilities** | 45,639.03 |
| **Total Current Liabilities** | 51,202.42 |
| **Total Liabilities** | 51,202.42 |
| **Equity** | |
| 3100 · Capital Stock | 10.00 |
| 3200 · Additional Paid-in Capital | 22,990.00 |
| 3300 · Distributions | (98,710.05) |
| 3900 · Retained Earnings | 74,664.07 |
| Net Income | 58,595.27 |
| **Total Equity** | 57,549.29 |
| **TOTAL LIABILITIES & EQUITY** | **108,751.71** |

## Nalu's, Inc.
## Statement of Revenue & Expenses - Tax-Basis
### January through December 2019

| | Jan - Dec 19 | % of Income |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| 4000 · Sales | 782,903.00 | 98.7% |
| 4100 · Sale of equipment | 10,000.00 | 1.3% |
| **Total Income** | 792,903.00 | 100.0% |
| **Cost of Goods Sold** | | |
| 5000 · Product Costs | 311,379.62 | 39.3% |
| **Total COGS** | 311,379.62 | 39.3% |
| **Gross Profit** | 481,523.38 | 60.7% |
| **Expense** | | |
| 5800 · Labor Costs | 158,750.74 | 20.0% |
| 6000 · Unit Operating Expenses | 75,185.94 | 9.5% |
| 6500 · Facilities Costs | 126,164.51 | 15.9% |
| 7000 · General & Administrative Exp | 58,827.22 | 7.4% |
| 7172 · Loss on sale of assets | 3,199.70 | 0.4% |
| **Total Expense** | 422,128.11 | 53.2% |
| **Net Ordinary Income** | 59,395.27 | 7.5% |
| **Other Income/Expense** | | |
| **Other Expense** | | |
| 8500 · State Income Tax | 800.00 | 0.1% |
| **Total Other Expense** | 800.00 | 0.1% |
| **Net Other Income** | (800.00) | (0.1)% |
| **Net Income** | **58,595.27** | **7.4%** |

**Nalu's Group, Inc.**
# Statement of Revenue and Expenses - Tax-Basis
**January through June 2020**

|  | Jan - Jun 20 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · Sales | 187,578.00 |
| 4390 · Other income | 45,015.00 |
| **Total Income** | 232,593.00 |
| **Cost of Goods Sold** | |
| 5000 · Product Costs | 53,044.66 |
| **Total COGS** | 53,044.66 |
| **Gross Profit** | 179,548.34 |
| **Expense** | |
| 5800 · Labor Costs | 75,749.29 |
| 6000 · Unit Operating Expenses | 21,148.25 |
| 61700 · Computer and Internet Expenses | 2,950.00 |
| 6500 · Facilities Costs | 30,625.25 |
| 67200 · Repairs and Maintenance | 272.29 |
| 7000 · General & Administrative Exp | 11,194.62 |
| **Total Expense** | 141,939.70 |
| **Net Ordinary Income** | 37,608.64 |
| **Other Income/Expense** | |
| **Other Income** | |
| 8000 · Interest Income | 0.11 |
| **Total Other Income** | 0.11 |
| **Other Expense** | |
| 8500 · State Income Tax | 800.00 |
| **Total Other Expense** | 800.00 |
| **Net Other Income** | (799.89) |
| **Net Income** | **36,808.75** |

Form **8879-S**

Department of the Treasury
Internal Revenue Service

**IRS e-file Signature Authorization for Form 1120-S**

► ERO must obtain and retain completed Form 8879-S.
► Go to www.irs.gov/Form8879S for the latest information.

For calendar year 2019, or tax year beginning _____ , 2019, and ending _____ , _____ .

OMB No. 1545-0123

**2019**

| Name of corporation | Employer identification number |
|---|---|
| NALU'S, INC.<br>NALU'S ISLAND GRILL | ███████3582 |

## Part I   Tax Return Information (Whole dollars only)

| | | |
|---|---|---:|
| 1 | Gross receipts or sales less returns and allowances (Form 1120-S, line 1c) . . . . . . . . . . . . . . . . . . . . . . . . .   **1** | 782,903. |
| 2 | Gross profit (Form 1120-S, line 3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **2** | 471,523. |
| 3 | Ordinary business income (loss) (Form 1120-S, line 21) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **3** | 65,667. |
| 4 | Net rental real estate income (loss) (Form 1120-S, Schedule K, line 2) . . . . . . . . . . . . . . . . . . . . . . . . . .   **4** | |
| 5 | Income (loss) reconciliation (Form 1120-S, Schedule K, line 18) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **5** | 59,803. |

## Part II   Declaration and Signature Authorization of Officer (Be sure to get a copy of the corporation's return)

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2019 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X]  I authorize  KIM LE, C.P.A., A PROF. CORP.  to enter my PIN  ████████  as my signature
                                  ERO firm name                                         Don't enter all zeros

on the corporation's 2019 electronically filed income tax return.

[ ]  As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2019 electronically filed income tax return.

Officer's signature ►  _____   Date ►  8/18/2020   Title ►  PRESIDENT

## Part III   Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.                     ███████████
                                                                                                        Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2019 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS e-file Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS e-file Providers for Business Returns.

ERO's signature ►  KIM LE, CPA  _____   Date ►  8/18/2020

**ERO Must Retain This Form — See Instructions.**
**Don't Submit This Form to the IRS Unless Requested To Do So**

**BAA   For Paperwork Reduction Act Notice, see instructions.**                     Form **8879-S** (2019)

SPSA0701L   08/27/19

Form **7004**

(Rev December 2018)

Department of the Treasury
Internal Revenue Serv ce

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

► File a separate application for each return.
► Go to *www.irs.gov/Form7004* for instructions and the latest information.

OMB No. 1545-0233

| | | |
|---|---|---|
| **Print or Type** | Name<br>NALU'S, INC. | Identifying number<br>▉▉3582 |
| | Number, street, and room or suite no. (If P.O. box, see nstruct ons.)<br>66 IRON HORSE TRAIL | |
| | C ty, town, state, and Z P code (If a foreign address, enter c ty, province or state, and country (follow the country s pract ce for entering postal code).)<br>LADERA RANCH, CA 92694 | |

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

| Part I | Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions. |
|---|---|

**1** Enter the form code for the return listed below that this application is for ................................................. | **25**

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

| Part II | All Filers Must Complete This Part |
|---|---|

**2** If the organization is a foreign corporation that does not have an office or place of business in the United States, check here ...... ► ☐

**3** If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here ..... ► ☐
If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

**4** If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here .................. ► ☐

**5a** The application is for calendar year 20 **1 9**, or tax year beginning _ _ _ _ _ _ _ , 20 _ _, and ending _ _ _ _ _ _ _ , 20 _ _

**b** Short tax year. If this tax year is less than 12 months, check the reason: ☐ Initial return    ☐ Final return
☐ Change in accounting period    ☐ Consolidated return to be filed    ☐ Other (See instructions ► attach explanation.)

| | | | |
|---|---|---|---|
| **6** | Tentative total tax ........................................................... | **6** | 0. |
| **7** | **Total** payments and credits. See instructions ........................................... | **7** | 0. |
| **8** | **Balance due.** Subtract line 7 from line 6. See instructions ................................ | **8** | 0. |

**BAA** **For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**    CPCZ0701L  08/09/18    Form **7004** (Rev. 12-2018)

Form **1120-S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

► Do not file this form unless the corporation has filed or
is attaching Form 2553 to elect to be an S corporation.
► Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2019**

For calendar year 2019 or tax year beginning _____ , 2019, ending _____ ,

| | | |
|---|---|---|
| **A** S election effective date | 1/01/2004 | **TYPE** |
| **B** Business activity code number (see instructions) | 722513 | **OR** |
| **C** Check if Schedule M-3 attached ☐ | | **PRINT** |

NALU'S, INC.
NALU'S ISLAND GRILL
66 IRON HORSE TRAIL
LADERA RANCH, CA 92694

**D** Employer identification number
_____ 3582

**E** Date incorporated
10/24/2003

**F** Total assets (see instructions)
$ 108,752.

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No  If 'Yes,' attach Form 2553 if not already filed

**H** Check if: **(1)** ☒ Final return **(2)** ☐ Name change **(3)** ☐ Address change
**(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year .................... ► 1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | |
|---|---|---|---|
| **I N C O M E** | **1a** Gross receipts or sales............... | 1a 782,903. | |
| | **b** Returns and allowances............. | 1b | |
| | **c** Balance. Subtract line 1b from line 1a. | **1c** | 782,903. |
| | **2** Cost of goods sold (attach Form 1125-A) | **2** | 311,380. |
| | **3** Gross profit. Subtract line 2 from line 1c. | **3** | 471,523. |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797). | **4** | 10,000. |
| | **5** Other income (loss) (see instrs — att statement) | **5** | |
| | **6** **Total income (loss).** Add lines 3 through 5. ► | **6** | 481,523. |
| **D E D U C T I O N S (SEE INSTRS)** | **7** Compensation of officers (see instructions - attach Form 1125-E). | **7** | 20,425. |
| | **8** Salaries and wages (less employment credits) | **8** | 133,836. |
| | **9** Repairs and maintenance. | **9** | 10,775. |
| | **10** Bad debts | **10** | |
| | **11** Rents | **11** | 107,448. |
| | **12** Taxes and licenses. | **12** | 19,887. |
| | **13** Interest (see instructions). | **13** | 105. |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562). | **14** | 5,896. |
| | **15** Depletion **(Do not deduct oil and gas depletion.)** | **15** | |
| | **16** Advertising | **16** | 354. |
| | **17** Pension, profit-sharing, etc., plans. | **17** | |
| | **18** Employee benefit programs | **18** | 11,014. |
| | **19** Other deductions (attach statement).............SEE STATEMENT 1 | **19** | 106,116. |
| | **20** **Total deductions.** Add lines 7 through 19. ► | **20** | 415,856. |
| | **21** Ordinary business income (loss). Subtract line 20 from line 6. | **21** | 65,667. |
| **T A X A N D P A Y M E N T S** | **22a** Excess net passive income or LIFO recapture tax (see instructions). | 22a | |
| | **b** Tax from Schedule D (Form 1120-S). | 22b | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes). | **22c** | |
| | **23a** 2019 estimated tax payments and 2018 overpayment credited to 2019. | 23a | |
| | **b** Tax deposited with Form 7004. | 23b | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136). | 23c | |
| | **d** Reserved for future use. | 23d | |
| | **e** Add lines 23a through 23d. | **23e** | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached ................ ► ☐ | **24** | |
| | **25** Amount owed. If line 23e is smaller than the total of lines 22c and 24, enter amount owed. | **25** | 0. |
| | **26** Overpayment. If line 23e is larger than the total of lines 22c and 24, enter amount overpaid. | **26** | |
| | **27** Enter amount from line 26: **Credited to 2020 estimated tax** ► _____ **Refunded** ► | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, t is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all nformat on of which preparer has any knowledge.

► _____   _____   ► PRESIDENT
Signature of officer    Date    Title

May the IRS discuss this return with the preparer shown below? See nstruct ons.
☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| KIM LE, CPA | KIM LE, CPA | | | |

Firm's name ► KIM LE, C.P.A., A PROF. CORP.
Firm's address ► 22241 CANYON CREST DR.
MISSION VIEJO, CA 92692

Firm's EIN ►
Phone no.

**BAA For Paperwork Reduction Act Notice, see separate instructions.**    SPSA0112  12/30/19    Form **1120-S** (2019)

Form 1120-S (2019)  NALU'S, INC.                                                                    ███ 8582              Page **2**

| **Schedule B** | **Other Information** (see instructions) | | | | Yes | No |
|---|---|---|---|---|---|---|

**1** Check accounting method: **a** ☒ Cash  **b** ☐ Accrual  **c** ☐ Other (specify) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _

**2** See the instructions and enter the:

    **a** Business activity ▶ RESTAURANT _ _ _ _ _ _ _ _ _ _ _    **b** Product or service . . . ▶ FOODS _ _ _ _ _ _ _ _ _ _ _ _

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . . . . .   | | X

**4** At the end of the tax year, did the corporation:

    **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   | | X

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

    **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . .   | | X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum % Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . . . . . . . . . . . . . . .   | | X

    If "Yes," complete lines (i) and (ii) below.

    **(i)** Total shares of restricted stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ _ _ _ _ _ _ _ _ _ _

    **(ii)** Total shares of non-restricted stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ _ _ _ _ _ _ _ _ _ _

  **b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . . . .   | | X

    If "Yes," complete lines (i) and (ii) below.

    **(i)** Total shares of stock outstanding at the end of the tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ _ _ _ _ _ _ _ _ _ _

    **(ii)** Total shares of stock outstanding if all instruments were executed . . . . . . . . . . . . . . . . . . . . . . . ▶ _ _ _ _ _ _ _ _ _ _

**6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   | | X

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . . . . ▶ ☐

    If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years.

    See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $ _ _ _ _ _ _ _ _ _ _

**9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   | | X

**10** Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   | | X

  **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.

  **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense.

  **c** The corporation is a tax shelter and the corporation has business interest expense.

    If "Yes," complete and attach Form 8990.

**11** Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   | | X

  **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.

  **b** The corporation's total assets at the end of the tax year were less than $250,000.

    If "Yes," the corporation is not required to complete Schedules L and M-1.

SPSA0112  10/03/19                                                                                   Form **1120-S** (2019)

Form 1120-S (2019)   NALU'S, INC.                                                          3582                    Page **3**

| Schedule B | Other Information   (see instructions) *(continued)* | | Yes | No |
|---|---|---|---|---|
| **12** | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt?............................................................ | | | X |
| | If "Yes," enter the amount of principal reduction...................................... ► $ _ _ _ _ _ _ _ _ _ | | | |
| **13** | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions..... | | | X |
| **14a** | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099?................................... | | | X |
| **b** | If "Yes," did the corporation file or will it file required Form(s) 1099?.......................................... | | | |
| **15** | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund?................................... | | | X |
| | If "Yes," enter the amount from Form 8996, line 14............................. ► $ _ _ _ _ _ _ _ _ _ | | | |

| Schedule K | Shareholders' Pro Rata Share Items | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 21)............................... | | **1** | 65,667. |
| | **2** Net rental real estate income (loss) (attach Form 8825)........................ | | **2** | |
| | **3a** Other gross rental income (loss)................................ | 3a | | |
| | **b** Expenses from other rental activities (attach statement)............. | 3b | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a............. | | **3c** | |
| | **4** Interest income............................................ | | **4** | |
| | **5** Dividends:  **a** Ordinary dividends................................. | | **5a** | |
| | **b** Qualified dividends................................. | 5b | | |
| | **6** Royalties................................................ | | **6** | |
| | **7** Net short-term capital gain (loss) (attach Schedule D (Form 1120-S))......... | | **7** | |
| | **8a** Net long-term capital gain (loss) (attach Schedule D (Form 1120-S))......... | | **8a** | |
| | **b** Collectibles (28%) gain (loss)................................. | 8b | | |
| | **c** Unrecaptured section 1250 gain (attach statement)............... | 8c | | |
| | **9** Net section 1231 gain (loss) (attach Form 4797)................................ | | **9** | −3,203. |
| | **10** Other income (loss) (see instructions).......... Type ► | | **10** | |
| **Deductions** | **11** Section 179 deduction (attach Form 4562)................................. | | **11** | |
| | **12a** Charitable contributions................... SEE STATEMENT 2 | | **12a** | 2,661. |
| | **b** Investment interest expense.................................. | | **12b** | |
| | **c** Section 59(e)(2) expenditures **(1)** Type ► _ _ _ _ _ _ _ _ _ _ _ _ _ **(2)** Amount ► | | **12c (2)** | |
| | **d** Other deductions (see instructions).. Type ► | | **12d** | |
| **Credits** | **13a** Low-income housing credit (section 42(j)(5)).............................. | | **13a** | |
| | **b** Low-income housing credit (other)............................ | | **13b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable)................ | | **13c** | |
| | **d** Other rental real estate credits (see instrs)  Type ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | **13d** | |
| | **e** Other rental credits (see instrs)  Type ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | **13e** | |
| | **f** Biofuel producer credit (attach Form 6478)............................ | | **13f** | |
| | **g** Other credits (see instructions)...... Type► | | **13g** | |
| **Foreign Trans-actions** | **14a** Name of country or U.S. possession        ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | |
| | **b** Gross income from all sources................................ | | **14b** | |
| | **c** Gross income sourced at shareholder level...................... | | **14c** | |
| | Foreign gross income sourced at corporate level | | | |
| | **d** Reserved for future use.................................... | | **14d** | |
| | **e** Foreign branch category................................... | | **14e** | |
| | **f** Passive category........................................ | | **14f** | |
| | **g** General category........................................ | | **14g** | |
| | **h** Other (attach statement)................................. | | **14h** | |
| | Deductions allocated and apportioned at shareholder level | | | |
| | **i** Interest expense....................................... | | **14i** | |
| | **j** Other............................................... | | **14j** | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | | |
| | **k** Reserved for future use.................................. | | **14k** | |
| | **l** Foreign branch category.................................. | | **14l** | |
| | **m** Passive category....................................... | | **14m** | |
| | **n** General category....................................... | | **14n** | |
| | **o** Other (attach statement)................................. | | **14o** | |
| | Other information | | | |
| | **p** Total foreign taxes (check one): ► ☐ Paid   ☐ Accrued............... | | **14p** | |
| | **q** Reduction in taxes available for credit (attach statement)................................. | | **14q** | |
| | **r** Other foreign tax information (attach statement) | | | |

BAA                                    SPSA0134   10/03/19                              Form **1120-S** (2019)

Form 1120-S (2019)  NALU'S, INC.                                                    ████ 8582                      Page **4**

## Schedule K — Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| **Alternative Minimum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment | 15a | |
| | **b** Adjusted gain or loss | 15b | |
| | **c** Depletion (other than oil and gas) | 15c | |
| | **d** Oil, gas, and geothermal properties — gross income | 15d | |
| | **e** Oil, gas, and geothermal properties — deductions | 15e | |
| | **f** Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | **16a** Tax-exempt interest income | 16a | |
| | **b** Other tax-exempt income | 16b | |
| | **c** Nondeductible expenses | 16c | 1,208. |
| | **d** Distributions (attach stmt if required) (see instrs) | 16d | 98,710. |
| | **e** Repayment of loans from shareholders | 16e | |
| **Other Information** | **17a** Investment income | 17a | |
| | **b** Investment expenses | 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits | 17c | |
| | **d** Other items and amounts (attach statement) | | |
| **Reconciliation** | **18 Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | 18 | 59,803. |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 200. | | |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach stmt) | | | | |
| 7 | Loans to shareholders | | 20,000. | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 264,934. | | 47,637. | |
| b | Less accumulated depreciation | 146,747. | 118,187. | 37,885. | 9,752. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | 2,134. | | | |
| b | Less accumulated amortization | 2,134. | | | |
| 14 | Other assets (attach stmt) . SEE ST 3 | | 2. | | 99,000. |
| 15 | Total assets | | 138,389. | | 108,752. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach stmt) . SEE ST 4 | | 34,425. | | 51,202. |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 6,299. | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 10. | | 10. |
| 23 | Additional paid-in capital | | 22,990. | | 22,990. |
| 24 | Retained earnings | | 74,665. | | 34,550. |
| 25 | Adjustments to shareholders' equity (att stmt) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | 138,389. | | 108,752. |

Form 1120-S (2019) NALU'S, INC.                                                    3582                Page **5**

| Schedule M-1 | **Reconciliation of Income (Loss) per Books With Income (Loss) per Return** |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| **1** | Net income (loss) per books. . . . . . . . . . . . . . | 58,595. | **5** | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| **2** | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | **a** | Tax-exempt interest. $ _ _ _ _ _ _ _ _ _ _ | |
| | | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| **3** | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | **6** | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | |
| **a** | Depreciation. . . . . . . . $ _ _ _ _ _ _ _ _ _ _ | | **a** | Depreciation . . . $ _ _ _ _ _ _ _ _ _ _ | |
| **b** | Travel and entertainment. $ _ _ _ _ _ _ 960. | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| | SEE STATEMENT 5 _ _ _ _ _ _ 248. | 1,208. | **7** | Add lines 5 and 6. . . . . . . . . . . . . . . . . . . . . | 0. |
| **4** | Add lines 1 through 3. . . . . . . . . . . . . . . . . . | 59,803. | **8** | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4. . . . . | 59,803. |

| Schedule M-2 | **Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account** (see instructions) |
|---|---|

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| **1** | Balance at beginning of tax year. . . . . . . . . . . . . . . . . . . . . . | 74,668. | | | |
| **2** | Ordinary income from page 1, line 21. . . . . . . . . . . . . . . . . . . | 65,667. | | | |
| **3** | Other additions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **4** | Loss from page 1, line 21. . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **5** | Other reductions. . . . . . . . . . . SEE STATEMENT 6 . . . . | ( 7,072.) | | | |
| **6** | Combine lines 1 through 5. . . . . . . . . . . . . . . . . . . . . . . . . . | 133,263. | | | |
| **7** | Distributions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 98,710. | | | |
| **8** | Balance at end of tax year. Subtract line 7 from line 6 . . . | 34,553. | | | |

SPSA0134   10/03/19                                                              Form **1120-S** (2019)

Form **1125-A**
(Rev. November 2018)
Department of the Treasury
Internal Revenue Service

**Cost of Goods Sold**

► Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
► Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | NALU'S, INC. | | Employer identification number |
|------|--------------|---|---|
| | NALU'S ISLAND GRILL | | ▉582 |

| | | | |
|---|---|---|---|
| **1** | Inventory at beginning of year | **1** | |
| **2** | Purchases | **2** | 311,380. |
| **3** | Cost of labor | **3** | |
| **4** | Additional section 263A costs (attach schedule) | **4** | |
| **5** | Other costs (attach schedule) | **5** | |
| **6** | **Total.** Add lines 1 through 5 | **6** | 311,380. |
| **7** | Inventory at end of year | **7** | |
| **8** | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 311,380. |

**9 a** Check all methods used for valuing closing inventory:
  *(i)* ☐ Cost
  *(ii)* ☐ Lower of cost or market
  *(iii)* ☐ Other (Specify method used and attach explanation.) ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
 **b** Check if there was a writedown of subnormal goods .......................................................................... ► ☐
 **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) .................... ► ☐
 **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed
   under LIFO .......................................................................................................... | **9d** |
 **e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ...... ☐ Yes   ☐ No
 **f** Was there any change in determining quantities, cost, or valuations between opening and
   closing inventory? If "Yes," attach explanation ...................................................................... ☐ Yes   ☐ No

**BAA  For Paperwork Reduction Act Notice, see instructions.**                          Form **1125-A** (Rev. 11-2018)

671119

| Schedule K-1 (Form 1120-S) | 2019 |
|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2019, or tax year |

beginning  /  /    ending  /  /

**Shareholder's Share of Income, Deductions, Credits, etc.** ► See page 2 of form and separate instructions.

OMB No. 1545-0123

[X] Final K-1    [ ] Amended K-1

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number

████3582

**B** Corporation's name, address, city, state, and ZIP code

NALU'S, INC.
NALU'S ISLAND GRILL
66 IRON HORSE TRAIL
LADERA RANCH, CA 92694

**C** IRS Center where corporation filed return

E-FILE

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number

████2027

**E** Shareholder's name, address, city, state, and ZIP code

TONY TRUONG
66 IRON HORSE TRAIL
LADERA RANCH, CA 92694

**F** Shareholder's percentage of stock ownership for tax year.......................... 100 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| 1 | Ordinary business income (loss) | 13 | Credits |
|---|---|---|---|
| | 65,667. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| | -3,203. | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | C | 1,208. |
| 12 | Other deductions | D | 98,710. |
| A | 2,661. | | |
| | | 17 | Other information |
| | | V* | STMT |
| 18 | More than one activity for at-risk purposes* | | |
| 19 | More than one activity for passive activity purposes* | | |

*See attached statement for additional information.

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.**  www.irs.gov/Form1120S  **Schedule K-1 (Form 1120-S) 2019**

SHAREHOLDER 1

SPSA0412  10/03/19

Schedule K-1 (Form 1120-S) 2019 NALU'S, INC. ██████3582 Page **2**

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040 or 1040-SR. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.



**1** Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

| | Report on |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | See the Shareholder's Instructions |
| Nonpassive income | Schedule E, line 28, column (k) |

**2** Net rental real estate income (loss) — See the Shareholder's Instructions
**3** Other net rental income (loss)
Net income — Schedule E, line 28, column (h)
Net loss — See the Shareholder's Instructions
**4** Interest income — Form 1040 or 1040-SR, line 2b
**5 a** Ordinary dividends — Form 1040 or 1040-SR, line 3b
**5 b** Qualified dividends — Form 1040 or 1040-SR, line 3a
**6** Royalties — Schedule E, line 4
**7** Net short-term capital gain (loss) — Schedule D, line 5
**8 a** Net long-term capital gain (loss) — Schedule D, line 12
**8 b** Collectibles (28%) gain (loss) — 28% Rate Gain Worksheet, line 4 (Schedule D instructions)
**8 c** Unrecaptured section 1250 gain — See the Shareholder's Instructions
**9** Net section 1231 gain (loss) — See the Shareholder's Instructions

**10** Other income (loss)
Code
**A** Other portfolio income (loss) — See the Shareholder's Instructions
**B** Involuntary conversions — See the Shareholder's Instructions
**C** Sec. 1256 contracts and straddles — Form 6781, line 1
**D** Mining exploration costs recapture — See Pub. 535
**E** Reserved for future use
**F** Section 965(a) inclusion
**G** Income under subpart F (other than inclusions under sections 951A and 965) — See the Shareholder's Instructions
**H** Other income (loss)

**11** Section 179 deduction — See the Shareholder's Instructions

**12** Other deductions
**A** Cash contributions (60%)
**B** Cash contributions (30%)
**C** Noncash contributions (50%)
**D** Noncash contributions (30%)
**E** Capital gain property to a 50% organization (30%)
**F** Capital gain property (20%)
**G** Contributions (100%) — See the Shareholder's Instructions
**H** Investment interest expense — Form 4952, line 1
**I** Deductions — royalty income — Schedule E, line 19
**J** Section 59(e)(2) expenditures — See the Shareholder's Instructions
**K** Section 965(c) deduction — See the Shareholder's Instructions
**L** Deductions — portfolio (other) — Schedule A, line 16
**M** Preproductive period expenses — See the Shareholder's Instructions
**N** Commercial revitalization deduction from rental real estate activities — See Form 8582 instructions
**O** Reforestation expense deduction — See the Shareholder's Instructions
**P** through **R** — Reserved for future use
**S** Other deductions — See the Shareholder's Instructions

**13** Credits
**A** Low-income housing credit (section 42(j)(5)) from pre-2008 buildings
**B** Low-income housing credit (other) from pre-2008 buildings
**C** Low-income housing credit (section 42(j)(5)) from post-2007 buildings
**D** Low-income housing credit (other) from post-2007 buildings
**E** Qualified rehabilitation expenditures (rental real estate)
**F** Other rental real estate credits
**G** Other rental credits — See the Shareholder's Instructions
**H** Undistributed capital gains credit — Schedule 3 (Form 1040 or 1040-SR), line 13, box a
**I** Biofuel producer credit
**J** Work opportunity credit
**K** Disabled access credit
**L** Empowerment zone employment credit
**M** Credit for increasing research activities — See the Shareholder's Instructions

| | Code | Report on |
|---|---|---|
| | **N** Credit for employer social security and Medicare taxes | |
| | **O** Backup withholding | See the Shareholder's Instructions |
| | **P** Other credits | |

**14** Foreign transactions
**A** Name of country or U.S. possession
**B** Gross income from all sources — Form 1116, Part I
**C** Gross income sourced at shareholder level
Foreign gross income sourced at corporate level
**D** Reserved for future use
**E** Foreign branch category
**F** Passive category — Form 1116, Part I
**G** General category
**H** Other
Deductions allocated and apportioned at shareholder level
**I** Interest expense — Form 1116, Part I
**J** Other — Form 1116, Part I
Deductions allocated and apportioned at corporate level to foreign source income
**K** Reserved for future use
**L** Foreign branch category
**M** Passive category — Form 1116, Part I
**N** General category
**O** Other
Other information
**P** Total foreign taxes paid — Form 1116, Part II
**Q** Total foreign taxes accrued — Form 1116, Part II
**R** Reduction in taxes available for credit — Form 1116, line 12
**S** Foreign trading gross receipts — Form 8873
**T** Extraterritorial income exclusion — Form 8873
**U** Section 965 information — See the Shareholder's Instructions
**V** Other foreign transactions — See the Shareholder's Instructions

**15** Alternative minimum tax (AMT) items
**A** Post-1986 depreciation adjustment
**B** Adjusted gain or loss
**C** Depletion (other than oil & gas)
**D** Oil, gas, and geothermal — gross income — See the Shareholder's Instructions and the Instructions for Form 6251
**E** Oil, gas, and geothermal — deductions
**F** Other AMT items

**16** Items affecting shareholder basis
**A** Tax-exempt interest income — Form 1040 or 1040-SR, line 2a
**B** Other tax-exempt income
**C** Nondeductible expenses — See the Shareholder's Instructions
**D** Distributions
**E** Repayment of loans from shareholders

**17** Other information
**A** Investment income — Form 4952, line 4a
**B** Investment expenses — Form 4952, line 5
**C** Qualified rehabilitation expenditures (other than rental real estate) — See the Shareholder's Instructions
**D** Basis of energy property — See the Shareholder's Instructions
**E** Recapture of low-income housing credit (section 42(j)(5)) — Form 8611, line 8
**F** Recapture of low-income housing credit (other) — Form 8611, line 8
**G** Recapture of investment credit — See Form 4255
**H** Recapture of other credits — See the Shareholder's Instructions
**I** Look-back interest — completed long-term contracts — See Form 8697
**J** Look-back interest — income forecast method — See Form 8866
**K** Dispositions of property with section 179 deductions
**L** Recapture of section 179 deduction
**M** through **U** — See the Shareholder's Instructions
**V** Section 199A information
**W** through **Z** — Reserved for future use
**AA** Excess taxable income
**AB** Excess business interest income — See the Shareholder's Instructions
**AC** Other information

**Statement A—QBI Pass-through Entity Reporting (Schedule K-1, Box 17, Code V)**

| Pass-through entity's name: | NALU'S, INC. | | Pass-through entity's EIN: | 3582 |
|---|---|---|---|---|
| Shareholder's name: TONY TRUONG | | | Shareholder's identifying number: | 2027 |

| Shareholder's share of: | | NALU'S, INC.<br><br>☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
|---|---|---|---|---|
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | | |
| | Ordinary business income (loss) | 65,667. | | |
| | Rental income (loss) . . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . | −3,203. | | |
| | Other income (loss) . . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . . | | | |
| | Charitable contributions ATT. . | 2,661. | | |
| | Other deductions . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . | | 154,261. | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . | | 34,687. | | |
| **Section 199A dividends** | | | | |

| Shareholder's share of: | | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
|---|---|---|---|---|
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | | |
| | Ordinary business income (loss) | | | |
| | Rental income (loss) . . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . . | | | |
| | Charitable contributions . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . | | | | |

| 2019 | QBI STATEMENT INFORMATION | PAGE 1 |
|---|---|---|

**NALU'S, INC.**                                            █████3582

**QBI STATEMENT A**
**CHARITABLE CONTRIBUTIONS**

```
BUSINESS NAME OR ADDRESS:......  NALU'S, INC.
CASH CONTRIBUTIONS (60%)..................................................         2,661.
                                              TOTAL $         2,661.
```

Form **1125-E**
(Rev October 2016)
Department of the Treasury
Internal Revenue Service

**Compensation of Officers**

► **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**
► Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.*

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| NALU'S, INC.<br>NALU'S ISLAND GRILL | ████3582 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| 1 | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| | | | | (d) Common | (e) Preferred | |
| | TONY TRUONG | ████2027 | 25.00 % | 100 % | % | 20,425. |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| | | |
|---|---|---|
| **2** | Total compensation of officers ............................................................ | 20,425. |
| **3** | Compensation of officers claimed on Form 1125-A or elsewhere on return ................... | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return ......................................... | 20,425. |

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**                    Form **1125-E** (Rev 10-2016)

Form **4562**

Department of the Treasury
Internal Revenue Serve ce    (99)

**Depreciation and Amortization**
**(Including Information on Listed Property)**
► Attach to your tax return.
► Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2019**

Attachment
Sequence No.  **179**

Name(s) shown on return

NALU'S, INC.

Identifying number

█████8582

Business or activity to wh ch this form relates

FORM 1120S

| **Part I** | **Election To Expense Certain Property Under Section 179** | | | |
|---|---|---|---|---|
| | Note: If you have any listed property, complete Part V before you complete Part I. | | | |

| | | | | |
|---|---|---|---|---|
| 1 | Maximum amount (see instructions) | | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) | | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2018 Form 4562 | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instrs | | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | **12** | |
| 13 | Carryover of disallowed deduction to 2020. Add lines 9 and 10, less line 12 ► | **13** | | |

Note: Don't use Part II or Part III below for listed property. Instead, use Part V.

| **Part II** | **Special Depreciation Allowance and Other Depreciation** (Don't include listed property. See instructions.) | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

| **Part III** | **MACRS Depreciation** (Don't include listed property. See instructions.) | | |
|---|---|---|---|
| | **Section A** | | |
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2019 | **17** | 4,021. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ | | |

**Section B — Assets Placed in Service During 2019 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed n service | (c) Basis for depreciat on (bus ness/investment use only — see nstruct ons) | (d) Recovery period | (e) Convention | (f) Method | (g) Deprec at on deduction |
|---|---|---|---|---|---|---|
| **19 a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs | | S/L | |
| **h** Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| **i** Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2019 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| **20 a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs | | S/L | |
| **c** 30-year | | | 30 yrs | MM | S/L | |
| **d** 40-year | | | 40 yrs | MM | S/L | |

| **Part IV** | **Summary** (See instructions.) | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | 1,875. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | **22** | 5,896. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**          FDIZ0812L 08/05/19          Form **4562** (2019)

Form 4562 (2019)    NALU'S, INC.    ████8582    Page **2**

| **Part V** | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A — Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

| 24a Do you have evidence to support the business/investment use claimed?......... | | X Yes | | No | 24b If 'Yes,' is the evidence written?...... | | X Yes | | No |

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions .................. **25** | | | | | | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| AUTO | 5/31/08 | 100.0 | 12,950. | 12,950. | 5.0 | 200DB HY | | |
| TOYOTA HIGHL | 12/22/14 | 100.0 | 34,687. | 23,527. | 5.0 | 200DB MQ | 1,875. | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ............... **28** | | | | | | | 1,875. | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1................................. **29** | | | | | | | | 0. |

**Section B — Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Total business/investment miles driven during the year (**don't** include commuting miles) . | | | | | | | | | | | | |
| 31 | Total commuting miles driven during the year........ | | | | | | | | | | | | |
| 32 | Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 33 | Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . . . . | | | | | | | | | | | | |
| | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 | Was the vehicle available for personal use during off-duty hours?..................... | | | | | | | | | | | | |
| 35 | Was the vehicle used primarily by a more than 5% owner or related person?......... | | | | | | | | | | | | |
| 36 | Is another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . | | | | | | | | | | | | |

**Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees?............................................................ | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners .............. | | |
| 39 | Do you treat all use of vehicles by employees as personal use?.................................... | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received?............................................. | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions................... **Note:** If your answer to 37, 38, 39, 40, or 41 is 'Yes,' don't complete Section B for the covered vehicles. | | |

| **Part VI** | **Amortization** |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2019 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2019 tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **43** | | | | | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . . . . . . . . . . . . **44** | | | | | |

Form **4797**

Department of the Treasury
Internal Revenue Service

### Sales of Business Property
**(Also Involuntary Conversions and Recapture Amounts
Under Sections 179 and 280F(b)(2))**
► Attach to your tax return.
► Go to *www.irs.gov/Form4797* for instructions and the latest information.

OMB No. 1545-0184

**2019**

Attachment
Sequence No. **27**

Name(s) shown on return

NALU'S, INC.

Identifying number

3582

**1** Enter the gross proceeds from sales or exchanges reported to you for 2019 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions ............... | **1** | 100,000.

**Part I**  Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft — Most Property Held More Than 1 Year (see instructions)

| 2 **(a)** Description of property | **(b)** Date acquired (mo., day, yr.) | **(c)** Date sold (mo., day, yr.) | **(d)** Gross sales price | **(e)** Depreciation allowed or allowable since acquisition | **(f)** Cost or other basis, plus improvements and expense of sale | **(g)** Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| LEASEHOLD IMPROVEMENTS | 4/29/04 | 12/31/19 | 100,000. | 61,033. | 164,236. | −3,203. |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| **3** Gain, if any, from Form 4684, line 39 .............................................................. | **3** | |
| **4** Section 1231 gain from installment sales from Form 6252, line 26 or 37 ..................... | **4** | |
| **5** Section 1231 gain or (loss) from like-kind exchanges from Form 8824 ........................ | **5** | |
| **6** Gain, if any, from line 32, from other than casualty or theft ................................... | **6** | |
| **7** Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: ......... | **7** | −3,203. |

**Partnerships and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | |
|---|---|---|
| **8** Nonrecaptured net section 1231 losses from prior years. See instructions ..................... | **8** | |
| **9** Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions ..................... | **9** | |

**Part II**  Ordinary Gains and Losses (see instructions)

**10** Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| **11** Loss, if any, from line 7 ............................................................................ | **11** | |
| **12** Gain, if any, from line 7 or amount from line 8, if applicable .................................. | **12** | |
| **13** Gain, if any, from line 31 ......................................................................... | **13** | 10,000. |
| **14** Net gain or (loss) from Form 4684, lines 31 and 38a ........................................... | **14** | |
| **15** Ordinary gain from installment sales from Form 6252, line 25 or 36 ......................... | **15** | |
| **16** Ordinary gain or (loss) from like-kind exchanges from Form 8824 ............................ | **16** | |
| **17** Combine lines 10 through 16 ...................................................................... | **17** | 10,000. |

**18** For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below.

| | | |
|---|---|---|
| **a** If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040 or Form 1040-SR), line 16. (Do not include any loss on property used as an employee.) Identify as from 'Form 4797, line 18a.' See instructions ............... | **18a** | |
| **b** Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040 or Form 1040-SR), Part I, line 4 .......................................................... | **18b** | |

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**

Form **4797** (2019)

Form 4797 (2019)  NALU'S, INC.                                              3582        Page **2**

**Part III**  **Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255**
(see instructions)

| **19(a)** Description of section 1245, 1250, 1252, 1254, or 1255 property: | **(b)** Date acquired (mo., day, yr.) | **(c)** Date sold (mo., day, yr.) |
|---|---|---|
| **A** FURN & EQUIP | 4/29/04 | 12/31/19 |
| **B** | | |
| **C** | | |
| **D** | | |

| These columns relate to the properties on lines 19A through 19D. | | **Property A** | **Property B** | **Property C** | **Property D** |
|---|---|---|---|---|---|
| **20** Gross sales price (**Note:** *See line 1 before completing.*) | **20** | 10,000. | | | |
| **21** Cost or other basis plus expense of sale | **21** | 55,856. | | | |
| **22** Depreciation (or depletion) allowed or allowable | **22** | 55,856. | | | |
| **23** Adjusted basis. Subtract line 22 from line 21 | **23** | | | | |
| **24** Total gain. Subtract line 23 from line 20 | **24** | 10,000. | | | |
| **25** **If section 1245 property:** | | | | | |
| **a** Depreciation allowed or allowable from line 22 | **25a** | 55,856. | | | |
| **b** Enter the **smaller** of line 24 or 25a | **25b** | 10,000. | | | |
| **26** **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| **a** Additional depreciation after 1975. See instrs | **26a** | | | | |
| **b** Applicable percentage multiplied by the smaller of line 24 or line 26a. See instructions | **26b** | | | | |
| **c** Subtract line 26a from line 24. If residential rental property or line 24 isn't more than line 26a, skip lines 26d and 26e | **26c** | | | | |
| **d** Additional depreciation after 1969 and before 1976 | **26d** | | | | |
| **e** Enter the **smaller** of line 26c or 26d | **26e** | | | | |
| **f** Section 291 amount (corporations only) | **26f** | | | | |
| **g** Add lines 26b, 26e, and 26f | **26g** | | | | |
| **27** **If section 1252 property:** Skip this section if you didn't dispose of farmland or if this form is being completed for a partnership. | | | | | |
| **a** Soil, water, and land clearing expenses | **27a** | | | | |
| **b** Line 27a multiplied by applicable percentage. See instructions | **27b** | | | | |
| **c** Enter the **smaller** of line 24 or 27b | **27c** | | | | |
| **28** **If section 1254 property:** | | | | | |
| **a** Intangible drilling and development costs, expenditures for development of mines and other natural deposits, mining exploration costs, and depletion. See instructions | **28a** | | | | |
| **b** Enter the **smaller** of line 24 or 28a | **28b** | | | | |
| **29** **If section 1255 property:** | | | | | |
| **a** Applicable percentage of payments excluded from income under section 126. See instructions | **29a** | | | | |
| **b** Enter the smaller of line 24 or 29a. See instrs | **29b** | | | | |

**Summary of Part III Gains.**  Complete property columns A through D through line 29b before going to line 30.

| | | |
|---|---|---|
| **30** Total gains for all properties. Add property columns A through D, line 24 | **30** | 10,000. |
| **31** Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | **31** | 10,000. |
| **32** Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | **32** | 0. |

**Part IV**  **Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less**
(see instructions)

| | | **(a)** Section 179 | **(b)** Section 280F(b)(2) |
|---|---|---|---|
| **33** Section 179 expense deduction or depreciation allowable in prior years | **33** | | |
| **34** Recomputed depreciation. See instructions | **34** | | |
| **35** Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | **35** | | |

BAA                                    FDIZ1002L  07/26/19                          Form **4797** (2019)

**2019**                     **FEDERAL STATEMENTS**                     **PAGE 1**

**NALU'S, INC.**                                                        8582

**STATEMENT 1**
**FORM 1120S, LINE 19**
**OTHER DEDUCTIONS**

| | | |
|---|---|---:|
| AUTO AND TRUCK EXPENSE | $ | 9,673. |
| CLEANING SUPPLIES | | 1,942. |
| CREDIT MERCHANT FEES | | 21,765. |
| INSURANCE | | 20,441. |
| LEGAL AND PROFESSIONAL | | 10,090. |
| MEALS | | 960. |
| OFFICE EXPENSE | | 4,100. |
| OPERATING SUPPLIES | | 3,527. |
| OUTSIDE SERVICES | | 4,715. |
| PEST CONTROL | | 355. |
| POSTAGE | | 41. |
| RESTAURANT SUPPLIES | | 4,570. |
| TELEPHONE | | 2,699. |
| UTILITIES | | 21,238. |
| **TOTAL** | $ | 106,116. |

**STATEMENT 2**
**FORM 1120S, SCHEDULE K, LINE 12A**
**CHARITABLE CONTRIBUTIONS**

| | | |
|---|---|---:|
| CASH CONTRIBUTIONS - 60% LIMITATION | $ | 2,661. |
| **TOTAL** | $ | 2,661. |

**STATEMENT 3**
**FORM 1120S, SCHEDULE L, LINE 14**
**OTHER ASSETS**

| | BEGINNING | ENDING |
|---|---:|---:|
| NOTE RECEIVABLE | $      0. | $  99,000. |
| ROUNDING | 2. | 0. |
| **TOTAL** | $      2. | $  99,000. |

**STATEMENT 4**
**FORM 1120S, SCHEDULE L, LINE 18**
**OTHER CURRENT LIABILITIES**

| | BEGINNING | ENDING |
|---|---:|---:|
| BANK OVERDRAFT | $  23,528. | $  39,231. |
| CREDIT CARD PAYABLE | 3,342. | 5,563. |
| PAYROLL TAXES PAYABLE | 2,824. | 1,185. |
| SALES TAX PAYABLE | 4,731. | 5,223. |
| **TOTAL** | $  34,425. | $  51,202. |

| 2019 | FEDERAL STATEMENTS | PAGE 2 |

**NALU'S, INC.**  ▉3582

**STATEMENT 5**
**FORM 1120S, SCHEDULE M-1, LINE 3**
**EXPENSES ON BOOKS NOT ON SCHEDULE K**

| | | |
|---|---|---|
| PENALTIES | $ | 248. |
| TOTAL | $ | 248. |

**STATEMENT 6**
**FORM 1120S, SCHEDULE M-2, COLUMN A, LINE 5**
**OTHER REDUCTIONS**

| | | |
|---|---|---|
| CONTRIBUTIONS | $ | 2,661. |
| DISALLOWED MEALS AND ENTERTAINMENT | | 960. |
| PENALTIES | | 248. |
| SECTION 1231 LOSS | | 3,203. |
| TOTAL | $ | 7,072. |

| 12/31/19 | **2019 FEDERAL DEPRECIATION SCHEDULE** | | | | | | | | | | | | | **PAGE 1** |

**NALU'S, INC.** — 3582

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP. DEPR. | PRIOR DEC. BAL DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **FORM 1120S** | | | | | | | | | | | | | | | |
| | **AUTO / TRANSPORT EQUIPMENT** | | | | | | | | | | | | | | | |
| 13 | AUTO | 5/31/08 | | 12,950 | | | | | | | 12,950 | 12,950 | 200DB HY | 5 | | 0 |
| 15 | TOYOTA HIGHLANDER ** | 12/22/14 | | 34,687 | | | | 11,160 | | | 23,527 | 11,900 | 200DB MQ | 5 | | 1,875 |
| | TOTAL AUTO / TRANSPORT EQUIP | | | 47,637 | | 0 | 0 | 11,160 | 0 | 0 | 36,477 | 24,850 | | | | 1,875 |
| | **IMPROVEMENTS** | | | | | | | | | | | | | | | |
| 11 | LEASEHOLD IMPROVEMENTS | 4/29/04 | 12/31/19 | 146,606 | | | | | | | 146,606 | 55,254 | S/L MM | 39 | .04117 | 3,604 |
| 14 | LEASEHOLD IMPROVEMENTS | 12/30/14 | 12/31/19 | 16,970 | | | | | | | 16,970 | 1,758 | S/L MM | 39 | .02861 | 417 |
| | TOTAL IMPROVEMENTS | | | 163,576 | | 0 | 0 | 0 | 0 | 0 | 163,576 | 57,012 | | | | 4,021 |
| | **MACHINERY AND EQUIPMENT** | | | | | | | | | | | | | | | |
| 1 | FURN & EQUIP | 4/29/04 | 12/31/19 | 1,267 | | | | | | | 1,267 | 1,267 | S/L HY | 7 | | 0 |
| 2 | FURN & EQUIP | 4/29/04 | 12/31/19 | 1,684 | | | | | | | 1,684 | 1,684 | S/L HY | 7 | | 0 |
| 3 | FURN & EQUIP | 4/29/04 | 12/31/19 | 18,839 | | | | | | | 18,839 | 18,839 | S/L HY | 7 | | 0 |
| 4 | FURN & EQUIP | 4/29/04 | 12/31/19 | 2,095 | | | | | | | 2,095 | 2,095 | S/L HY | 7 | | 0 |
| 5 | FURN & EQUIP | 4/29/04 | 12/31/19 | 1,442 | | | | | | | 1,442 | 1,442 | S/L HY | 7 | | 0 |
| 6 | FURN & EQUIP | 4/29/04 | 12/31/19 | 2,098 | | | | | | | 2,098 | 2,098 | S/L HY | 7 | | 0 |
| 7 | SHAVE ICE MACHINE | 4/29/04 | 12/31/19 | 1,200 | | | | | | | 1,200 | 1,200 | S/L HY | 7 | | 0 |
| 8 | FURN & EQUIP | 4/29/04 | 12/31/19 | 19,192 | | | | | | | 19,192 | 19,192 | S/L HY | 7 | | 0 |
| 9 | FURN & EQUIP | 4/29/04 | 12/31/19 | 1,751 | | | | | | | 1,751 | 1,751 | S/L HY | 7 | | 0 |
| 10 | FURN & EQUIP | 4/29/04 | 12/31/19 | 1,188 | | | | | | | 1,188 | 1,188 | S/L HY | 7 | | 0 |
| 16 | EXHAUST HOOD-GRILL SITE | 12/31/17 | 12/31/19 | 1,470 | | | | 1,470 | | | 0 | | 200DB MQ | 5 | | 0 |
| 17 | EXHAUST HOOD-FRYER SIDE | 12/31/17 | 12/31/19 | 1,496 | | | | 1,496 | | | 0 | | 200DB MQ | 5 | | 0 |

| 12/31/19 | | | | | 2019 FEDERAL DEPRECIATION SCHEDULE | | | | | | | | | | PAGE 2 |

**NALU'S, INC.**                                                                                                   3582

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/ BONUS/ SP. DEPR. | PRIOR DEC. BAL DEPR. | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TOTAL MACHINERY AND EQUIPME | | | 53,722 | | 0 | 0 | 2,966 | 0 | 0 | 50,756 | 50,756 | | | | 0 |
| | MISCELLANEOUS | | | | | | | | | | | | | | | |
| 12 | ORGANIZATIONAL COSTS | 4/29/04 | 12/31/19 | 2,134 | | | | | | | 2,134 | 2,134 | S/L | 5 | | 0 |
| | TOTAL MISCELLANEOUS | | | 2,134 | | 0 | 0 | 0 | 0 | 0 | 2,134 | 2,134 | | | | 0 |
| | TOTAL DEPRECIATION | | | 267,069 | | 0 | 0 | 14,126 | 0 | 0 | 252,943 | 134,752 | | | | 5,896 |
| | GRAND TOTAL DEPRECIATION | | | 267,069 | | 0 | 0 | 14,126 | 0 | 0 | 252,943 | 134,752 | | | | 5,896 |
| | DEPRECIATION ASSETS SOLD | | | 219,432 | | 0 | 0 | 2,966 | 0 | 0 | 216,466 | 109,902 | | | | 4,021 |
| | DEPR REMAINING ASSETS | | | 47,637 | | 0 | 0 | 11,160 | 0 | 0 | 36,477 | 24,850 | | | | 1,875 |

**ASSET INCLUDED IN UNADJUSTED BASIS IMMEDIATELY AFTER ACQUISITION FOR THE QBI CALCULATION.

| 12/31/19 | 2019 FEDERAL ALTERNATIVE MINIMUM TAX DEPRECIATION SCHEDULE | | | | | | | | | | | | PAGE 1 |

**NALU'S, INC.**                                                                                                    3582

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | AMT BASIS | AMT PRIOR DEPR. | AMT METHOD | AMT LIFE | AMT RATE | AMT DEPR. | REG. DEPR. | OWN PCT. | POST-86 DEPR ADJ. | REAL PROP PREF. | LEAS PER PROP PREF | 59 (E)(2) AMORT. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **FORM 1120S** | | | | | | | | | | | | | | |
| | **AUTO / TRANSPORT EQUIPMENT** | | | | | | | | | | | | | | |
| 13 | AUTO | 5/31/08 | | 12,950 | 12,950 | 150DB HY | 5 | | 0 | 0 | | | | | 0 |
| 15 | TOYOTA HIGHLANDER | 12/22/14 | | 23,527 | 11,900 | 200DB MQ | 5 | | 1,875 | 1,875 | | | | | 0 |
| | TOTAL AUTO / TRANSPORT EQUIP | | | 36,477 | 24,850 | | | | 1,875 | 1,875 | | 0 | 0 | 0 | 0 |
| | **IMPROVEMENTS** | | | | | | | | | | | | | | |
| 11 | LEASEHOLD IMPROVEMENTS | 4/29/04 | 12/31/19 | 146,606 | 55,254 | S/L MM | 39 | .04117 | 3,604 | 3,604 | | | | | 0 |
| 14 | LEASEHOLD IMPROVEMENTS | 12/30/14 | 12/31/19 | 16,970 | 1,758 | S/L MM | 39 | .02861 | 417 | 417 | | | | | 0 |
| | TOTAL IMPROVEMENTS | | | 163,576 | 57,012 | | | | 4,021 | 4,021 | | 0 | 0 | 0 | 0 |
| | **MACHINERY AND EQUIPMENT** | | | | | | | | | | | | | | |
| 1 | FURN & EQUIP | 4/29/04 | 12/31/19 | 1,267 | 1,267 | S/L HY | 7 | | 0 | 0 | | | | | 0 |
| 2 | FURN & EQUIP | 4/29/04 | 12/31/19 | 1,684 | 1,684 | S/L HY | 7 | | 0 | 0 | | | | | 0 |
| 3 | FURN & EQUIP | 4/29/04 | 12/31/19 | 18,839 | 18,839 | S/L HY | 7 | | 0 | 0 | | | | | 0 |
| 4 | FURN & EQUIP | 4/29/04 | 12/31/19 | 2,095 | 2,095 | S/L HY | 7 | | 0 | 0 | | | | | 0 |
| 5 | FURN & EQUIP | 4/29/04 | 12/31/19 | 1,442 | 1,442 | S/L HY | 7 | | 0 | 0 | | | | | 0 |
| 6 | FURN & EQUIP | 4/29/04 | 12/31/19 | 2,098 | 2,098 | S/L HY | 7 | | 0 | 0 | | | | | 0 |
| 7 | SHAVE ICE MACHINE | 4/29/04 | 12/31/19 | 1,200 | 1,200 | S/L HY | 7 | | 0 | 0 | | | | | 0 |
| 8 | FURN & EQUIP | 4/29/04 | 12/31/19 | 19,192 | 19,192 | S/L HY | 7 | | 0 | 0 | | | | | 0 |
| 9 | FURN & EQUIP | 4/29/04 | 12/31/19 | 1,751 | 1,751 | S/L HY | 7 | | 0 | 0 | | | | | 0 |
| 10 | FURN & EQUIP | 4/29/04 | 12/31/19 | 1,188 | 1,188 | S/L HY | 7 | | 0 | 0 | | | | | 0 |
| 16 | EXHAUST HOOD-GRILL SITE | 12/31/17 | 12/31/19 | 0 | | 200DB MQ | 5 | | 0 | 0 | | | | | 0 |
| 17 | EXHAUST HOOD-FRYER SIDE | 12/31/17 | 12/31/19 | 0 | | 200DB MQ | 5 | | 0 | 0 | | | | | 0 |
| | TOTAL MACHINERY AND EQUIPME | | | 50,756 | 50,756 | | | | 0 | 0 | | 0 | 0 | 0 | 0 |

| 12/31/19 | 2019 FEDERAL ALTERNATIVE MINIMUM TAX DEPRECIATION SCHEDULE | PAGE 2 |
| --- | --- | --- |

**NALU'S, INC.**                                                                                   ████3582

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | AMT BASIS | AMT PRIOR DEPR. | AMT METHOD | AMT LIFE | AMT RATE | AMT DEPR. | REG. DEPR. | OWN PCT. | POST-86 DEPR ADJ. | REAL PROP PREF. | LEAS PER PROP PREF | 59 (E)(2) AMORT. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | MISCELLANEOUS | | | | | | | | | | | | | | |
| 12 | ORGANIZATIONAL COSTS | 4/29/04 | 12/31/19 | 2,134 | | | | | 0 | 0 | | | | | 0 |
| | TOTAL MISCELLANEOUS | | | 2,134 | 0 | | | | 0 | 0 | | 0 | 0 | 0 | 0 |
| | TOTAL DEPRECIATION | | | 252,943 | 132,618 | | | | 5,896 | 5,896 | | 0 | 0 | 0 | 0 |
| | GRAND TOTAL DEPRECIATION | | | 252,943 | 132,618 | | | | 5,896 | 5,896 | | 0 | 0 | 0 | 0 |

# 2019 Shareholder's Basis Computation

| S Corporat on Name | Employer I.D. number |
|---|---|
| NALU'S, INC. | ▮3582 |
| Name of Shareholder | Shareholder s I.D. number |
| TONY TRUONG | ▮2027 |

**1. STOCK BASIS AT BEGINNING OF TAX YEAR** .................................................. | 104,668.

**INCREASES:**

| | | |
|---|---|---|
| 2. | Ordinary income . . . . . . . . . . . . . . . . . . . . | 65,667. |
| 3. | Net income from rental activities . . . . . . . . . | |
| 4. | Net portfolio income . . . . . . . . . . . . . . . . . . | |
| 5. | Net gain under Section 1231 . . . . . . . . . . . | |
| 6. | Other income . . . . . . . . . . . . . . . . . . . . . . | |
| 7. | Tax-exempt interest income . . . . . . . . . . . | |
| 8. | Other tax-exempt income . . . . . . . . . . . . . | |
| 9. | Net gain on disposition of Section 179 assets . . . . | |
| 10. | Oil and gas depletion in excess of basis | |
| 11. | OTHER INCREASES: | |

**DECREASES:**

| | | |
|---|---|---|
| 13. | Nondeductible expenses . . . . . . . . . . . . . . . | 1,208. |
| 14. | Oil and gas depletion . . . . . . . . . . . . . . . . . . | |
| 15. | Ordinary loss . . . . . . . . . . . . . . . . . . . . . . . | |
| 16. | Net loss from rental activities . . . . . . . . . . . | |
| 17. | Net portfolio loss . . . . . . . . . . . . . . . . . . . . | |
| 18. | Net loss under Section 1231 . . . . . . . . . . . . . | 3,203. |
| 19. | Other loss . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 20. | Charitable contributions . . . . . . . . . . . . . . . | 2,661. |
| 21. | Section 179 expense deduction . . . . . . . . . . | |
| 22. | Deductions related to portfolio income (loss) . . . . . . | |
| 23. | Other deductions . . . . . . . . . . . . . . . . . . . . | |
| 24. | Investment interest expense . . . . . . . . . . . . | |
| 25. | Total foreign taxes . . . . . . . . . . . . . . . . . . . | |
| 26. | Section 59(e) expenses . . . . . . . . . . . . . . . . | |
| 27. | Prior year loss in excess of basis . . . . . . . | |
| 28. | OTHER DECREASES: | |
| 29. | Property distributions (including cash) . . . . | 98,710. |

| | | | | | |
|---|---|---|---|---|---|
| 12. | TOTAL INCREASES: (add lines 2 - 11) . | 65,667. | 30. | TOTAL DECREASES (add lines 13 - 29) . | 105,782. |

**31. STOCK BASIS AT END OF TAX YEAR.** (Line 1 plus line 12 minus line 30) . . . . . . . . . . . . . . . . . . . . . . . . . | 64,553.

**32. DEBT BASIS AT BEGINNING OF TAX YEAR** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.

**33. ADJUSTMENTS TO DEBT BASIS:**

**34. DEBT BASIS AT END OF TAX YEAR** (Combine Line 32 and 33) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.

**35. SHAREHOLDER'S TOTAL BASIS AT END OF TAX YEAR** (Add Line 31 and 34) . . . . . . . . . . . . . . . . . . . . . | 64,553.

| Fill in this information to identify the case: |
|---|
| Debtor name   Nalu's Group, Inc. |
| United States Bankruptcy Court for the:   Central District of California |
|                                              (State) |
| Case number (If known): _____ |

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..........................................................................   $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................................   $ _____ 67,129.55

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..........................................................................   $ _____ 67,129.55

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................   $ _____ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*...........................................................   $ _____ 17,621.95

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................   +$ _____ 39,107.57

4. **Total liabilities** ..........................................................................................................
   Lines 2 + 3a + 3b                                                                                              $ _____ 56,729.52

**Fill in this information to identify the case:**

Debtor name _____Nalu's Group, Inc._____

United States Bankruptcy Court for the: Central District of California

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Quail Hill Center LLC 550 NEWPORT CENTER DR Newport Beach, CA, 92660 | | | | | | 26,348.85 |
| 2 Chase P.O. Box. 6294 Carol Stream, IL, 60197-6294 | | Credit Card Debt | | | | 12,158.72 |
| 3 Eric Keawekane 9 Drover Ct. Trabuco Canyon, CA, 92679 | | Services | | | | 300.00 |
| 4 Tim Vu 2412 West Glenwood Place Santa Ana, CA, 92704 | | Services | | | | 300.00 |
| 5 Zuriel Abundes 33871 Alcazar Dr. Dana Point, CA, 92629 | | Potential disputed work related claims | Disputed Unliquidated | | | 0.00 |
| 6 Zoe Mendina 20702 El Toro Road Lake Forrest, CA, 92630 | | Potential disputed work related claims | Disputed Unliquidated | | | 0.00 |
| 7 Wilson Juarez 6791 Trask Ave. Westminster, CA, 92683 | | Potential disputed work related claims | Disputed Unliquidated | | | 0.00 |
| 8 Victor Rojas 25211 Stockport St. Laguna Hills, CA, 92653 | | Potential disputed work related claims | Disputed Unliquidated | | | 0.00 |

Debtor    Nalu's Group, Inc.
_____
Name

Case number *(if known)*_____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| | | | | | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| 9 | Veronica Gomez 607 Calle Canasta San Clemente, CA, 92673 | | Potential disputed work related claims | Disputed Unliquidated | | | 0.00 |
| 10 | Sinthia J. Flores 24481 Camino Rioja Laguna Niguel, CA, 92677 | | Potential disputed work related claims | Disputed Unliquidated | | | 0.00 |
| 11 | Sergio Alexis Rodriguez 3903 Calle Real San Clemente, CA, 92673 | | Potential disputed work related claims | Disputed Unliquidated | | | 0.00 |
| 12 | Sarah Selguero 24509 Los Alisos Blvd. Apt. 208 Laguna Hills, CA, 92653 | | Potential disputed work related claims | Disputed Unliquidated | | | 0.00 |
| 13 | Ryan Lake 55 Via Honrado Rancho Rancho Santa Margarita, CA, 92688 | | Potential disputed work related claims | Disputed Unliquidated | | | 0.00 |
| 14 | Roxy Hoffman 622 Cliff Dr. Laguna Beach, CA, 92651 | | Potential disputed work related claims | Disputed Unliquidated | | | 0.00 |
| 15 | Roberto Lopez 21141 Canada Road Apt. 156 Lake Forrest, CA, 92630 | | Potential disputed work related claims | Disputed Unliquidated | | | 0.00 |
| 16 | Pascal De La Pena 1605 Via Sage San Clemente, CA, 92673 | | Potential disputed work related claims | Disputed Unliquidated | | | 0.00 |
| 17 | Oswaldo Plascencia 2002 E. Santa Clara tustin, CA, 92705 | | Potential disputed work related claims | Disputed Unliquidated | | | 0.00 |
| 18 | Osualdo Zefferino 122 W. Ball Road Anaheim, CA, 92805 | | Potential disputed work related claims | Disputed Unliquidated | | | 0.00 |
| 19 | Obed Calleja 22246 Crane St. Lake Forest, CA, 92630 | | Potential disputed work related claims | Disputed Unliquidated | | | 0.00 |
| 20 | Mike Garrett 163 Pearl St. Laguna Niguel, CA, 92677 | | Potential disputed work related claims | Disputed Unliquidated | | | 0.00 |

**Fill in this information to identify the case:**

Debtor name ___Nalu's Group, Inc._____

United States Bankruptcy Court for the: ___Central District of California____

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                $ 3,750.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase | Checking | 0  6  7  9 | $ 0.00 |
| 3.2. | See continuation sheet | | ___  ___  ___  ___ | $ 46,323.55 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____
   4.2. _____   $_____

5. **Total of Part 1**                                                            $ 50,073.55

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____   $_____
   7.2. _____   $_____

Debtor    Nalu's Group, Inc.    _____
            Name                              Case number (if known)

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:    _____ – _____ = ........→    $_____
                              face amount          doubtful or uncollectible accounts

11b. Over 90 days old:    _____ – _____ = ........→    $_____
                          face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1. Nalu's, Inc. (predecessor in interest)        _____%    _____    $ 0.00

15.2._____        _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $ 0.00

---

Debtor    Nalu's Group, Inc.
_____ Name _____    _____ Case number (if known) _____

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** |  |  |  |  |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** |  |  |  |  |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** |  |  |  |  |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** Inventory and supplies |  |  |  |  |
| _____ | MM / DD / YYYY | $ 3,000.00 | _____ | $ 3,000.00 |

23. **Total of Part 5**                                                                    $ 3,000.00

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☑ Yes. Book value 3,000.00    Valuation method_____    Current value 3,000.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** |  |  |  |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish |  |  |  |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) |  |  |  |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** |  |  |  |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** |  |  |  |
| _____ | $_____ | _____ | $_____ |

Debtor    Nalu's Group, Inc.
          _____    Case number (*if known*)_____
          Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                                             $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Regular and ordinary office furniture | $ 150.00 | comparable used valu | $ 150.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Regular and ordinary office equipment | $ 200.00 | comparable used valu | $ 200.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | · $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                                             $ 350.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

Debtor    Nalu's Group, Inc.    Case number *(if known)*_____
        Name

---

| **Part 8:** | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1 2006 Ford Cargo Van | $ 8,406.00 | KBB.com | $ 8,406.00 |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |

49. **Aircraft and accessories**

| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Machine, Fixtures, and Equipment

| | $ 5,000.00 | comparable used valu | $ 5,000.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.        $ 13,406.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Nalu's Group, Inc.
_____    Case number _(if known)_____
Name

---

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  6741 Quail Hill Property, Irvine, CA | Leasehold Interest Only | $_____ | _____ | Unknown<br>$_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**                                                                                                      $ 0.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>webpage - nalusgrill.com | 300.00<br>$_____ | Value stated is annual cost of | 300.00<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**                                                                                                      $ 300.00
Add lines 60 through 65. Copy the total to line 89.

---

Debtor     Nalu's Group, Inc.
           Name                                    Case number *(if known)*_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

### Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ — _____ = ➜   $_____
                                    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____                         $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                         $_____

Nature of claim      _____

Amount requested     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                         $_____

Nature of claim      _____

Amount requested     $_____

76. **Trusts, equitable or future interests in property**

_____                         $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                         $_____
_____                         $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.     $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Nalu's Group, Inc.
_____
Name    Case number (if known)_____

---

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 50,073.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 3,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 350.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 13,406.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................................. ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 300.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 67,129.55 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................ 67,129.55 ................    $ 67,129.55

---

| Debtor 1 | Nalu's Group, Inc. | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

**Chase**                    **Savings**                    **6322**

**Balance: 38,486.11**

**Chase Bank**               **Checking**                   **2396**

**Balance: 7,837.44**

**Fill in this information to identify the case:**

Debtor name ____Nalu's Group, Inc.____

United States Bankruptcy Court for the: ____Central District of California____

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property           12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** Creditor's name _____

Describe debtor's property that is subject to a lien

$_____   $_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account number _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name _____

Describe debtor's property that is subject to a lien

$_____   $_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**           $_____

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Nalu's Group, Inc. |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>California Department of Tax and Fee Administration<br>Account Information Group, MIC:29<br>P.O. Box 942879<br>Sacramento, CA, 94279-0029 | **As of the petition filing date, the claim is:** $ 17,621.95<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $ 14,527.61 |
| | **Date or dates debt was incurred**<br>2017-2019 | **Basis for the claim:**<br>Taxes & Other Government Units | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | |
| **2.2** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $_____<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | |
| **2.3** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $_____<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | |

Debtor  Nail's Group, Inc.
        Name

Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Aldo Gomez
607 Calle Canasta

San Clemente, CA, 92673

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Alec Carda
474 Plaza Estival

San Clemente, CA, 92672

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Alexander Portillo
23014 Via Cereza

Mission Viejo, CA, 92691

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Alfredo Perez
211 W. Hacienda Dr.

Corona, CA, 92882

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Anselmo Carlos Ramirez
1525 N. Durant St.

Santa Ana, CA, 92706

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Carlos Gomez
2909 W. Camile St.

Santa Ana, CA, 92704

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _____  Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.**7 **Nonpriority creditor's name and mailing address**

Carlos Guevara
41 Via Amistosa #E

Rancho Santa Margarita, CA, 92688

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential disputed work related claims

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.**8 **Nonpriority creditor's name and mailing address**

Chase
P.O. Box. 6294
Carol Stream, IL, 60197-6294

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 7212

$ 12,158.72

---

**3.**9 **Nonpriority creditor's name and mailing address**

Dean Saul Valdivia
38361 17 St. #E

Palmdale, CA, 93550

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential disputed work related claims

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.**10 **Nonpriority creditor's name and mailing address**

Eric Keawekane
9 Drover Ct.
Trabuco Canyon, CA, 92679

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 300.00

---

**3.**11 **Nonpriority creditor's name and mailing address**

Fanny Mejia
211 W. Hacienda Dr.

Corona, CA, 92882

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential disputed work related claims

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

Debtor ___Nard's Group, Inc._____   Case number _(if known)_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.12**  **Nonpriority creditor's name and mailing address**

Faustino Perez
61 Via Amistosa #H

Rancho Santa Margarita, CA, 92688

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential disputed work related claims

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.13**  **Nonpriority creditor's name and mailing address**

Faustino Perez Cabrera
c/o Madison Law, APC
17702 Mitchell North
Irvine, CA, 92614

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Disputed Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.14**  **Nonpriority creditor's name and mailing address**

Felix Maldonado
27043 Jean Terrace

Laguna Niguel, CA, 92677

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential disputed work related claims

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.15**  **Nonpriority creditor's name and mailing address**

Garrett Claud
204 Via Sedona

San Clemente, CA, 92673

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential disputed work related claims

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.16**  **Nonpriority creditor's name and mailing address**

Geraldine Cedillo
8043 Chapman Ave Apt. 22

Stanton, CA, 90680

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential disputed work related claims

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____Nano's Group, Inc._____
        Name

Case number (if known)_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.17 Nonpriority creditor's name and mailing address**

Guillermo Riano
25811 Via Lomas

Laguna Hills, CA, 92653

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**3.18 Nonpriority creditor's name and mailing address**

Hans Sylstra
517 W. Ave. De Los Lobos Marino

San Clemente, CA, 92672

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**3.19 Nonpriority creditor's name and mailing address**

Irene Perez
24471 Malvista Way

Laguna Niguel, CA, 92677

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**3.20 Nonpriority creditor's name and mailing address**

Isabel Riano
25891 Via Lomas Unit 244

Laguna Hills, CA, 92653

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**3.21 Nonpriority creditor's name and mailing address**

Joel Rodriguez
24509 Los Alisos Blvd. Apt. 208

Laguna Hills, CA, 92653

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Debtor    Nar's Group, Inc.
Name

Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22**  Nonpriority creditor's name and mailing address

Jonah Sylstra
517 W. Ave. De Los Lobos Marino

San Clemente, CA, 92672

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.23**  Nonpriority creditor's name and mailing address

Jonathan Vu
34 El Cencerro

Ranch Santa Margarita, CA, 92688

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.24**  Nonpriority creditor's name and mailing address

Jorge Morales
607 Calle Canasta

San Clemente, CA, 92673

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.25**  Nonpriority creditor's name and mailing address

Luis Fernando De Los Santos
25775 Via Lomas Apt. 163

Laguna Hills, CA, 92653

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.26**  Nonpriority creditor's name and mailing address

Maria Plascencia
2002 E. Santa Clara

Tustin, CA, 92705

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Nat's Group, Inc.
          Name

Case number (if known)_____

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.27**  **Nonpriority creditor's name and mailing address**

Mauricio Mejia
183 S. Westchester Dr. #17

Anaheim, CA, 92804

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.28**  **Nonpriority creditor's name and mailing address**

Mayra Marquez
1102 W. 3rd St.

Santa Ana, CA, 92703

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.29**  **Nonpriority creditor's name and mailing address**

Miguel Jimenez
20702 El Toro Road

Lake Forrest, CA, 92630

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.30**  **Nonpriority creditor's name and mailing address**

Miguel Ortiz
122 W. Ball Road

Anaheim, CA, 92805

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.31**  **Nonpriority creditor's name and mailing address**

Mike Garrett
163 Pearl St.

Laguna Niguel, CA, 92677

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor _____
Name's Group, Inc.
Name

Case number _(if known)_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 32  **Nonpriority creditor's name and mailing address**

Obed Calleja
22246 Crane St.

Lake Forest, CA, 92630

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 33  **Nonpriority creditor's name and mailing address**

Osualdo Zefferino
122 W. Ball Road

Anaheim, CA, 92805

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 34  **Nonpriority creditor's name and mailing address**

Oswaldo Plascencia
c/o Melmed Law Group PC
1801 Century Park East, Ste 850
Los Angeles, CA, 90067

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Disputed Wage Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 35  **Nonpriority creditor's name and mailing address**

Oswaldo Plascencia
2002 E. Santa Clara

tustin, CA, 92705

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 36  **Nonpriority creditor's name and mailing address**

Pascal De La Pena
1605 Via Sage

San Clemente, CA, 92673

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor ___Nata's Group, Inc._____    Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.37** Nonpriority creditor's name and mailing address

Quail Hill Center LLC
550 NEWPORT CENTER DR
Newport Beach, CA, 92660

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 26,348.85

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.38** Nonpriority creditor's name and mailing address

Roberto Lopez
21141 Canada Road Apt. 156

Lake Forrest, CA, 92630

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Potential disputed work related claims

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.39** Nonpriority creditor's name and mailing address

Roxy Hoffman
622 Cliff Dr.

Laguna Beach, CA, 92651

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Potential disputed work related claims

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.40** Nonpriority creditor's name and mailing address

Ryan Lake
55 Via Honrado Rancho

Rancho Santa Margarita, CA, 92688

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Potential disputed work related claims

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.41** Nonpriority creditor's name and mailing address

Sarah Selguero
24509 Los Alisos Blvd. Apt. 208

Laguna Hills, CA, 92653

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Potential disputed work related claims

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Nail's Group, Inc.
        Name

                                                    Case number (if known)

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.42  Nonpriority creditor's name and mailing address**

Sergio Alexis Rodriguez
3903 Calle Real

San Clemente, CA, 92673

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.43  Nonpriority creditor's name and mailing address**

Sinthia J. Flores
24481 Camino Rioja

Laguna Niguel, CA, 92677

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.44  Nonpriority creditor's name and mailing address**

Tim Vu
2412 West Glenwood Place
Santa Ana, CA, 92704

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 300.00

**Basis for the claim:** Services

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.45  Nonpriority creditor's name and mailing address**

Veronica Gomez
607 Calle Canasta

San Clemente, CA, 92673

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.46  Nonpriority creditor's name and mailing address**

Victor Rojas
25211 Stockport St.

Laguna Hills, CA, 92653

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00

**Basis for the claim:** Potential disputed work related claims

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Nai̇'s Group, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 47  **Nonpriority creditor's name and mailing address**

Wilson Juarez
6791 Trask Ave.

Westminster, CA, 92683

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential disputed work related claims

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 48  **Nonpriority creditor's name and mailing address**

Zoe Mendina
20702 El Toro Road

Lake Forrest, CA, 92630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential disputed work related claims

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 49  **Nonpriority creditor's name and mailing address**

Zuriel Abundes
33871 Alcazar Dr.

Dana Point, CA, 92629

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential disputed work related claims

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor _____    Case number _(if known)_____
      Nelis Group, Inc.
      Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Madison Law, APC<br>1772 Mitchell North<br>Irvine, CA, 92614 | Line 3.13<br>☐ Not listed. Explain: | _____ |
| 4.2. | Melmed Law Group, PC<br>1801 Century Park east<br>Ste 850<br>Los Angeles, CA, 90067 | Line 3.34<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor    Name's Group, Inc.
          Name

                                                    Case number (if known)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 17,621.95 |
| 5b. **Total claims from Part 2** | 5b. + | $ | 39,107.57 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 56,729.52 |

**Fill in this information to identify the case:**

Debtor name __Nalu's Group, Inc.__

United States Bankruptcy Court for the: __Central District of California__

Case number (If known): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease Lessee | QUAIL HILL CENTER LLC 550 NEWPORT CENTER DR Newport Beach, CA, 92660 |
| | State the term remaining | 3 years | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    Nalu's Group, Inc.

United States Bankruptcy Court for the:   Central District of California

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1   Tony Truong | Tony Truong<br>66 Iron Horse Trail<br>Ladera Ranch, CA 92694 | Quail Hill Center LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name _____Nalu's Group, Inc._____

United States Bankruptcy Court for the: Central District of California

Case number (If known):    _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2021<br>MM / DD / YYYY   to | Filing date | ☑ Operating a business<br>☐ Other | $ 82,090.67 |
   | **For prior year:** | From 01/01/2020<br>MM / DD / YYYY   to | 12/31/2020<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 454,291.00 |
   | **For the year before that:** | From 01/01/2019<br>MM / DD / YYYY   to | 12/31/2019<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 782,903.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2021<br>MM / DD / YYYY   to | Filing date | PPP COVID-19 Relief | $ 38,486.00 |
   | **For prior year:** | From 01/01/2020<br>MM / DD / YYYY   to | 12/31/2020<br>MM / DD / YYYY | PPP COVID-19 Relief | $ 39,015.00 |
   | **For the year before that:** | From 01/01/2019<br>MM / DD / YYYY   to | 12/31/2019<br>MM / DD / YYYY | | $ 0.00 |

| Debtor | Nalu's Group, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Chase<br>Creditor's name<br>P.O. Box. 6294<br>Carol Stream, IL 60197-6294 | 02/22/2021 | $ 11,377.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Credit Card Debt |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name | | $_____ | |
| | **Relationship to debtor**<br>_____ | | | |
| 4.2. | _____<br>Insider's name | | $_____ | |
| | **Relationship to debtor**<br>_____ | | | |

Debtor    Nalu's Group, Inc.
_____    Case number (if known)_____
         Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| _____ Creditor's name | | _____ | $_____ |
| 5.2. | | | |
| _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Faustino Perez Cabrera v. Nalus, Inc, et al | Disputed wage and hourly case | Superior Court of California- Orange County | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>30-2020-01155733-CU-OE-CJC | | 700 Civic Center Drive West<br>Santa Ana, CA 92701 | |
| 7.2. **Case title**<br>Oswaldo Plascencia v. Nalu's, Inc. | | **Court or agency's name and address**<br>Superior Court of California- Orange County | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>30-2020-01166120-CU-OE-CXC | Disputed Wage and Hourly Case | 700 Civic Center Drive West<br>Santa Ana, CA 92701 | |

| Debtor | Nalu's Group, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | | Name |
| | **Case number** | |
| | **Date of order or assignment** | |

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| 9.2. Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |

---

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | _____ | $_____ |

Debtor ___Nalu's Group, Inc._____      Case number *(if known)*_____
　　　　　　Name

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | M Jones & Associates, PC | Initial Deposit | 03/2021 | $ 20,000.00 |
| | **Address** | | | |
| | 505 N Tustin Ave, Ste 105 Santa Ana, CA 92705 | | | |
| | **Email or website address** OCDebtRelief.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

Debtor     Nalu's Group, Inc.
_____     Case number *(if known)*_____
           Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

## Part 7:  Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____  To _____ |
| 14.2. | | From _____  To _____ |

Debtor ___Nalu's Group, Inc._____      Case number *(if known)*_____
      Name

---

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

     Yes. Does the debtor serve as plan administrator?

         ☐ No. Go to Part 10.

         ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

---

Debtor      Nalu's Group, Inc.
_____      Case number *(if known)*_____
            Name

<table>
<tr><td>**Part 10:**</td><td>**Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**</td></tr>
</table>

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

| Debtor | Nalu's Group, Inc. | Case number *(if known)* |
|--------|-------|-------------|
|        | Name  |             |

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|--------------------------|--------------------------|-----------------------------|-------|
|                          |                          |                             | $_____ |
| Name                     |                          |                             |       |

---

**Part 12:**    **Details About Environmental Information**

---

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|------------|----------------------------------|--------------------|----------------|
|            |                                  |                    | ☐ Pending |
| Case number | Name                           |                    | ☐ On appeal |
|            |                                  |                    | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-------------------------------------|-----------------------------|----------------|
| Name                  | Name                                |                             | _____ |

---

Debtor    Nalu's Group, Inc. _____     Case number (if known) _____
      Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Nalu's, Inc. (predecessor in interest)<br>Name<br>6741 Quail Hill Parkway<br>Irvine, CA 92603 | Restaurant | EIN: 51-0493582<br><br>Dates business existed<br><br>From 04/01/2004   To 07/26/2019 |
| 25.2. | _____<br>Name | | EIN: _____<br><br>Dates business existed<br><br>From _____   To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br><br>Dates business existed<br><br>From _____   To _____ |

---

| Debtor | Nalu's Group, Inc. | Case number (if known) | |
|--------|---------------------|------------------------|--|
| | Name | | |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|------------------|------------------|
| 26a.1.  Kim Le, CPA | From 03/01/2002 |
| Name | |
| 22241 Canyon Crest Dr., Mission Viejo, CA 92692 | To _____ |

| Name and address | Dates of service |
|------------------|------------------|
| 26a.2. _____ | From _____ |
| Name | |
| | To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|------------------|------------------|
| 26b.1. _____ | From _____ |
| Name | |
| | To _____ |

| Name and address | Dates of service |
|------------------|------------------|
| 26b.2. _____ | From _____ |
| Name | |
| | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|
| 26c.1.  Kim Le, CPA | |
| Name | |
| 22241 Canyon Crest Dr., Mission Viejo, CA 92692 | |

Debtor    Nalu's Group, Inc.
_____    Case number *(if known)*_____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. _____
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.  Quail Hill Center, LLC
_____
Name
550 NEWPORT CENTER DR, Newport Beach, CA 92660

| Name and address |
|---|

26d.2. _____
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
Name

Debtor  Nalu's Group, Inc. _____     Case number (if known)_____
        Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2.  _____
       Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tony Truong | 66 Iron Horse Trail, Ladera Ranch, CA 92694 | President and sole shareholder | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | | |

Debtor    Nalu's Group, Inc.
_____
<span style="font-size:small">Name</span>

Case number <span style="font-size:small">(if known)</span>_____

---

**Name and address of recipient**

30.2 _____
<span style="font-size:small">Name</span>

**Relationship to debtor**
_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/01/2021
           MM / DD / YYYY

✗ _____
Signature of individual signing on behalf of the debtor

Printed name   Tony Truong

Position or relationship to debtor   President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

---



**Aldo Gomez**
**607 Calle Canasta**
**San Clemente, CA 92673**


**Alec Carda**
**474 Plaza Estival**
**San Clemente, CA 92672**


**Alexander Portillo**
**23014 Via Cereza**
**Mission Viejo, CA 92691**


**Alfredo Perez**
**211 W. Hacienda Dr.**
**Corona, CA 92882**


**Anselmo Carlos Ramirez**
**1525 N. Durant St.**
**Santa Ana, CA 92706**


**California Department of Tax and Fee Administ**
**Account Information Group, MIC:29**
**P.O. Box 942879**
**Sacramento, CA 94279-0029**


**Carlos Gomez**
**2909 W. Camile St.**
**Santa Ana, CA 92704**


**Carlos Guevara**
**41 Via Amistosa #E**
**Rancho Santa Margarita, CA 92688**

**Chase**
**P.O. Box. 6294**
**Carol Stream, IL 60197-6294**


**Dean Saul Valdivia**
**38361 17 St. #E**
**Palmdale, CA 93550**


**Eric Keawekane**
**9 Drover Ct.**
**Trabuco Canyon, CA 92679**


**Fanny Mejia**
**211 W. Hacienda Dr.**
**Corona, CA 92882**


**Faustino Perez**
**61 Via Amistosa #H**
**Rancho Santa Margarita, CA 92688**


**Faustino Perez Cabrera**
**c/o Madison Law, APC**
**17702 Mitchell North**
**Irvine, CA 92614**


**Felix Maldonado**
**27043 Jean Terrace**
**Laguna Niguel, CA 92677**


**Garrett Claud**
**204 Via Sedona**
**San Clemente, CA 92673**

**Geraldine Cedillo**
**8043 Chapman Ave Apt. 22**
**Stanton, CA 90680**


**Guillermo Riano**
**25811 Via Lomas**
**Laguna Hills, CA 92653**


**Hans Sylstra**
**517 W. Ave. De Los Lobos Marino**
**San Clemente, CA 92672**


**Irene Perez**
**24471 Malvista Way**
**Laguna Niguel, CA 92677**


**Isabel Riano**
**25891 Via Lomas Unit 244**
**Laguna Hills, CA 92653**


**Joel Rodriguez**
**24509 Los Alisos Blvd. Apt. 208**
**Laguna Hills, CA 92653**


**Jonah Sylstra**
**517 W. Ave. De Los Lobos Marino**
**San Clemente, CA 92672**


**Jonathan Vu**
**34 El Cencerro**
**Ranch Santa Margarita, CA 92688**

Jorge Morales
607 Calle Canasta
San Clemente, CA 92673


Luis Fernando De Los Santos
25775 Via Lomas Apt. 163
Laguna Hills, CA 92653


Madison Law, APC
1772 Mitchell North
Irvine, CA 92614


Maria Plascencia
2002 E. Santa Clara
Tustin, CA 92705


Mauricio Mejia
183 S. Westchester Dr. #17
Anaheim, CA 92804


Mayra Marquez
1102 W. 3rd St.
Santa Ana, CA 92703


Melmed Law Group, PC
1801 Century Park east
Ste 850
Los Angeles, CA 90067


Miguel Jimenez
20702 El Toro Road
Lake Forrest, CA 92630

**Miguel Ortiz**
**122 W. Ball Road**


**Mike Garrett**
**163 Pearl St.**
**Laguna Niguel, CA 92677**


**Obed Calleja**
**22246 Crane St.**
**Lake Forest, CA 92630**


**Osualdo Zefferino**
**122 W. Ball Road**


**Oswaldo Plascencia**
**c/o Melmed Law Group PC**
**1801 Century Park East, Ste 850**
**Los Angeles, CA 90067**


**Oswaldo Plascencia**
**2002 E. Santa Clara**
**tustin, CA 92705**


**Pascal De La Pena**
**1605 Via Sage**
**San Clemente, CA 92673**


**Quail Hill Center LLC**
**550 NEWPORT CENTER DR**
**Newport Beach, CA 92660**

QUAIL HILL CENTER LLC
550 NEWPORT CENTER DR
Newport Beach, CA 92660


Roberto Lopez
21141 Canada Road Apt. 156
Lake Forrest, CA 92630


Roxy Hoffman
622 Cliff Dr.
Laguna Beach, CA 92651


Ryan Lake
55 Via Honrado Rancho
Rancho Santa Margarita, CA 92688


Sarah Selguero
24509 Los Alisos Blvd. Apt. 208
Laguna Hills, CA 92653


Sergio Alexis Rodriguez
3903 Calle Real


Sinthia J. Flores
24481 Camino Rioja


Tim Vu
2412 West Glenwood Place
Santa Ana, CA 92704

**Tony Truong**
**66 Iron Horse Trail**
**Ladera Ranch, CA 92694**


**Veronica Gomez**
**607 Calle Canasta**


**Victor Rojas**
**25211 Stockport St.**
**Laguna Hills, CA 92653**


**Wilson Juarez**
**6791 Trask Ave.**
**Westminster, CA 92683**


**Zoe Mendina**
**20702 El Toro Road**
**Lake Forrest, CA 92630**


**Zuriel Abundes**
**33871 Alcazar Dr.**
**Dana Point, CA 92629**

**United States Bankruptcy Court**

**IN RE:**                                                          Case No._____

Nalu's Group, Inc.
_____  Chapter  _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Tony Truong 66 Iron Horse Trail, Ladera Ranch, CA 92694 | 100 | Common stockholder |